IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CORY O. BLACK,

    Plaintiff,

v.

MONTGOMERY COUNTY
COMMON PLEAS COURT, *et al.*,

    Defendants.

Case No. 3:18-cv-123

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #7);
DISMISSING COMPLAINT WITH PREJUDICE (DOC. #4); JUDGMENT
TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF;
TERMINATION ENTRY

---

On June 4, 2018, United States Magistrate Judge Sharon Ovington issued a Report and Recommendations, Doc. #7, pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b), recommending that Plaintiff Cory Black's Complaint, Doc. #4, be dismissed, and that this case be terminated. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Based on the reasoning and citations of authority set forth by Magistrate Judge Ovington in her Report and Recommendations, Doc. #7, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court

ADOPTS said judicial filing in its entirety and DISMISSES Plaintiff's Complaint, Doc. #4, WITH PREJUDICE.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: June 28, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE